IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>DORA PORFIL-COLON<br>Defendant | CRIMINAL 12-0193CCC |

**ORDER**

    Having considered the Report and Recommendation filed on October 23, 2012 (**docket entry 43**) on a Rule 11 proceeding of defendant Dora Porfil-Colón held before U.S. Magistrate Judge Bruce J. McGiverin on October 22, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

    This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 22, 2012. The **sentencing hearing is set for January 31, 2013 at 4:30 PM**.

    SO ORDERED.

    At San Juan, Puerto Rico, on November 15, 2012.

                                          S/CARMEN CONSUELO CEREZO
                                          United States District Judge